IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| NATHANIEL DAWSON, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00780-KD-M |
| GRANTT CULLIVER, et al, | : | |
| Defendants. | : | |

## ORDER

This action is before the Court on the plaintiff Nathaniel Dawson's motion for a fourteen (14) day enlargement of time to respond to the Report and Recommendation (doc. 51). Upon consideration, the motion is **GRANTED** and Dawson shall file his response or objection on or before **September 6, 2011.**

The Clerk of the Court is directed to mail a copy of this order to Dawson.

**DONE** this the 22nd of August, 2011.

                                               s / Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**