```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION


NATHANIEL DAWSON,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CIVIL ACTION 09-0780-KD-M
GRANTT CULLIVER, et al.,         )
                                 )
    Defendants.                  )
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 8th day of September, 2011.

                                                   s/ Kristi K. DuBose  
                                                 KRISTI K. DuBOSE  
                                                 UNITED STATES DISTRICT JUDGE