IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NATHANIEL DAWSON,            )
                             )
    Plaintiff,               )
                             )
v.                           )   CIVIL ACTION 09-0780-KD-M
GRANTT CULLIVER, et al.,     )
                             )
    Defendants.              )

## JUDGMENT

In accordance with the Order entered of even date herewith, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 8th day of September, 2011.

                                    s/ Kristi K. DuBose
                                    KRISTI K. DuBOSE
                                    UNITED STATES DISTRICT JUDGE